UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ARCTIC COOL, LLC, | Civil Action No. 1:19-cv-10066 |
| --- | --- |
| Plaintiff/Counter Defendant, | Judge Alvin K. Hellerstein |
| - against – | Mag. Judge Stewart D. Aaron |
| ONTEL PRODUCTS CORPORATION, | |
| Defendant/Counter Plaintiff. | |

**[~~PROPOSED~~] ORDER**

On Motion of Defendant/Counter Plaintiff, and for good cause shown, the Court hereby GRANTS Defendant/Counter Plaintiff's Motion for Leave to Seal the Declaration of Michael Wade and for a Protective Order limiting disclosure of the Declaration of Michael Wade to "Attorneys' Eyes Only."

                                  /s/ Alvin K. Hellerstein
                                  Hon. Alvin K. Hellerstein

Dated: April __7__, 2020