UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                 :
ARCTIC COOL, LLC,                               :
                                                                 : **ORDER**
                                  Plaintiff,           :
        -against-                                  : 19 Civ. 10066 (AKH)
                                                                 :
ONTEL PRODUCTS CORPORATION,      :
                                                                 :
                                 Defendant.     :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The hearing on Plaintiff's motion for a preliminary injunction, scheduled for April 23, 2020 at 2:30 p.m., will be held telephonically via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than April 21, 2020, the parties shall jointly submit to the court (via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel expected to appear on the record at the telephonic argument, along with their contact information.

        SO ORDERED.

Dated:     April 20, 2020                     /s/ Alvin K. Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                                  United States District Judge