UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                               :

ARCTIC COOL, LLC,                                 :

                                                                               :     **ORDER**
                                       Plaintiff,             :

           -against-                               :     19 Civ. 10066 (AKH)
                                                                               :

ONTEL PRODUCTS CORPORATION,       :

                                                                               :

                                       Defendant.         :
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, *see* ECF No. 53, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates, including the hearing scheduled for today at 2:30 p.m., are cancelled. The Clerk is directed to close the case.

       SO ORDERED.

Dated:     April 23, 2020                      /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                                United States District Judge