

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | MARIO AIETA | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8755 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 212 818 9606 | LAS VEGAS |
| LOS ANGELES | E-MAIL: MAieta@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

May 22, 2020

VIA ECF

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> So ordered.  Time to apply for restoration of the action is enlarged until June 1, 2020.
>
> /s/ Alvin K. Hellerstein
> 5/22/2020

      **Re:**   *Arctic Cool, LLC v. Ontel Products Corporation*, 1:19-CV-10066 (AKH)

Dear Judge Hellerstein:

      We represent plaintiff Arctic Cool, LLC in the above-referenced matter and submit this letter jointly with counsel for defendant Ontel Products Corporation.  Pursuant to the Court's April 23, 2020 Order, the parties respectfully request an extension of time to June 1, 2020, to finalize settlement.

      We thank the Court for its attention to this matter.

                              Very truly yours,

                              Mario Aieta

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130    NEW YORK, NY 10169-0079          PHONE: +1 212 818 9200    FAX: +1 212 818 9606

DuaneMorris

Honorable Alvin K. Hellerstein
May 22, 2020
Page 2

Cc (via ECF):

John S. Artz
Jenny T. Slocum

Dickinson Wright P LLC
*Attorneys for Defendant*


Alanna B. Newman

Duane Morris LLP
*Attorneys for Plaintiff*